# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORINDA BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV439 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **BUFFALO WILD WINGS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court following a telephone conference with counsel on June 11, 2010. Stephan M. Nitz represented the plaintiff and George R. Wood represented the defendant. Counsel represented that defendant was in the process of obtaining an expert's report on the premises in issue and that the parties may be able to resolve the issues in the case following review of such report.

    Accordingly, the planning conference in this matter is continued to **10:00 a.m. on July 29, 2010**. Plaintiff's counsel shall initiate the telephone planning conference.

    **IT IS SO ORDERED.**

    DATED this 11th day of June, 2010.

                                                            BY THE COURT:

                                                           s/ Thomas D. Thalken
                                                           United States Magistrate Judge