**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LORINDA BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CV439** |
| **v.** | ) | |
| | ) | **ORDER** |
| **BUFFALO WILD WINGS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the parties' filing of the Joint Notice of Settlement (Filing No.  22) on August 31, 2010,

**IT IS ORDERED that:**

1.      **On or before September 30, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F.  Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.      The planning conference scheduled for September 2, 2010, is cancelled upon the representation that this case is settled.

DATED this 1st day of September, 2010.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge