UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| Lorinda Brown, | Court File No. 8:09-cv-439 |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| Buffalo Wild Wings, Inc., a foreign corporation, | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. No. 24) entered into between the parties, electronically filed in this matter on September 21, 2010, and good cause appearing,

**IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party. There being no just reason for delay, Judgment of Dismissal shall be immediately entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 23, 2010         BY THE COURT:

*s/ Joseph F. Bataillon*
**Chief District Judge**

Firmwide:97592706.1 061451.1008